IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED

2003 MR 18 PM 3:21

| | | |
|---|---|---|
| FUNDSXPRESS FINANCIAL NETWORK, INC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | NO. A-02-CA-141SS |
| | § | |
| DIGITAL INSIGHT CORPORATION, | § | |
| JOHN DORMAN, | § | |
| VINCENT BRENNAN, | § | |
| RONALD GOFFMAN, | § | |
| ERIC EDWARDS and | § | |
| STEPHEN CRAIN, | § | |
| | § | |
| Defendants. | § | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff FundsXpress Financial Network, Inc. ("FundsXpress") and defendants Digital Insight Corporation, John Dorman, Vincent Brennan, Ronald Goffman, Eric Edwards, and Stephen Crain (collectively "defendants") file this stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(ii).

FundsXpress dismisses this suit against all defendants with prejudice, and defendants, all of whom have answered, agree to the dismissal. Each party will bear its own costs.

This case is not a class action and is not governed by any federal statue that requires an order of the Court for dismissal of the case.

Respectfully submitted,

*/s/ Tannuesha N. Hazel*
R. James George, Jr.
State Bar No. 07810000
R. James George, Jr.
State Bar No. 07810000
David H. Donaldson, Jr.
State Bar No. 05969700
Peter D. Kennedy

97

State Bar No. 11296650
Nanneska N. Hazel
State Bar No. 12813500
114 W. 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
(512) 499-0094 (Fax)

ATTORNEYS FOR PLAINTIFF
FUNDSXPRESS FINANCIAL NETWORK, INC.

GEORGE & DONALDSON, L.L.P.
114 West 7th Street, Suite 1100
Austin, Texas 78701
(512) 495-1400
FAX: (512) 499-0094

WINSTEAD SECHREST & MINICK, P.C.
100 Congress Ave., Suite 800
Austin, Texas 78701
(512) 474-4330
FAX: (512) 370-2850

AGREED:

_____
A. Boone Almanza
ATTORNEY FOR RONALD GOFFMAN

_____
Barry K. Bishop

ATTORNEY FOR DIGITAL INSIGHT
CORPORATION, STEPHEN CRAIN
AND JOHN DORMAN

_____
Martha Dickie

ATTORNEY FOR VINCENT BRENNAN
AND ERIC EDWARDS

STIPULATION OF DISMISSAL WITH PREJUDICE—PAGE 2